1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA for the use and benefit of Arta Industries, Inc. d/b/a ADVANTAGE PAINTING & WALLCOVERING, a California corporation,<br><br>            Plaintiffs,<br>     v.<br>FARINHA INC. d/b/a Paragon Contracting, Inc.,<br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 01-8257 RSWL (RNBx)<br><br>**ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION** |
|---|---|---|

On March 13, 2003 this Court issued an Order removing this present action from the Court's active caseload by Virtue of Stay until further application by the parties or Order of this Court. The Court further ordered that Plaintiff's counsel file semi-annual status reports, commencing on September 13, 2003. To date, the Court has not received any status reports. On July 20, 2010 this Court ordered Plaintiff's counsel, Matthew L. Grode, to e-file a status report no

1

1 later than August 20, 2010 as to the pending issue in
2 this matter.
3     On September 10, 2010 Plaintiff's counsel for Arta
4 Industries, Inc., filed a Declaration in response to
5 the Court's September 20, 2010 Order, stating that as
6 of this date Arta's counsel, retained in or about
7 February 2004, has not undertaken any action in
8 connection with this lawsuit.  Arta's counsel's
9 Declaration further states that Plaintiff Arta has no
10 intention of initiating any further proceedings in
11 connection with this lawsuit.
12     Accordingly, Plaintiff United States of America is
13 ordered to show cause within 30 days why this matter
14 should not be dismissed for lack of prosecution.

DATED: September 20, 2010

**IT IS SO ORDERED.**

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2